IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:20-02771 (HWV) |
| | ) | |
| RONALD EUGENE CARSON | ) | Chapter 13 |
| | ) | |
| ROBIN RENE CARSON | ) | |
| | ) | |
| | ) | **OBJECTION TO CONFIRMATION** |
| | ) | |
| _____ | ) | |

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease

("Santander"), a secured creditor of the Debtors, objects to the Debtors' Plan for the

following reasons:

A. The Plan fails to assume the lease for the **2017 Dodge Ram 1500** being leased by the

   Debtors. If the Debtors intend to retain the vehicle, the Plan must call for the

   assumption of the lease. If the lease is not assumed, at confirmation, the stay will lift

   automatically in accordance with §365(p)(3).


/s/ William E. Craig
William E. Craig, attorney for
Santander Consumer USA Inc.
dba Chrysler Capital as servicer for CCAP Auto Lease
Ltd.

Dated: 11/23/20