United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ronald Eugene Carson  
Robin Rene Carson  
    Debtor(s)

Case No. 20-02771-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 04, 2020      Form ID: ntcnfhrg      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Eugene Carson, Robin Rene Carson, 108 Antietam Drive, Waynesboro, PA 17268-1732 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5359636 | + | Best Buy/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 5362837 | + | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5372347 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5359639 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5359640 | #+ | Chambersburg Imaging, 25 Penncraft Ave, Ste E, Chambersburg, PA 17201-1649 |
| 5359641 | + | Chrysler Capital, P O Box 961274, Fort Worth, TX 76161-0274 |
| 5359642 | + | Citi Diamond, P O Box 6500, Sioux Falls, SD 57117-6500 |
| 5359643 | | Credit Management Co, PO Box 2300, Pittsburgh, PA 15205 |
| 5359645 | + | Exxon Mobil, P O Box 6404, Sioux Falls, SD 57117-6404 |
| 5376100 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5359650 | + | Mercury, 2220 6 th Street, Brookings, SD 57006-2403 |
| 5360986 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5375443 | + | Santander Consumer USA Inc., dba Chrysler Capital as servicer for, CCAP Auto Lease Ltd., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5359654 | + | Summit Physicians Svcs, 785 Fifth Ave, Ste 3, Chambersburg, PA 17201-4232 |
| 5359656 | + | Waynesboro Ambulance Squad Inc, P O Box 90, Danville, PA 17821-0090 |
| 5359657 | + | Waynesboro Hospital, 501 E Main St, Waynesboro, PA 17268-2394 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 19:32:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5359635 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 19:32:23 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5359638 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 04 2020 19:33:27 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5359637 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 04 2020 19:32:26 | Capital One, P O Box 30285, Salt Lake City, UT 84130-0285 |
| 5361201 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 04 2020 19:32:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5374916 | + | Email/Text: bnc@bass-associates.com | Dec 04 2020 19:11:00 | Cavalry SPV I, LLC, C/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5359644 | + | Email/PDF: creditonebknotifications@resurgent.com Dec 04 2020 19:32:27 | | Credit One Bank, P O Box 98875, Las Vegas, NV 89193-8875 |
| 5359647 | + | Email/Text: PBNCNotifications@peritusservices.com Dec 04 2020 19:11:00 | | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5360465 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 04 2020 19:32:39 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5359648 | + | Email/Text: bk@lendingclub.com Dec 04 2020 19:12:00 | | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 5359649 | + | Email/PDF: gecsedi@recoverycorp.com Dec 04 2020 19:32:15 | | Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 5363874 | + | Email/PDF: cbp@onemainfinancial.com Dec 04 2020 19:31:04 | | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 5359651 | + | Email/PDF: cbp@onemainfinancial.com Dec 04 2020 19:31:03 | | One Main Financial, P O Box 1010, Evansville, IN 47706-1010 |
| 5373725 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2020 19:32:36 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5359652 | + | Email/Text: bankruptcy@patriotfcu.org Dec 04 2020 19:12:00 | | Patriot FCU, P O Box 778, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5364412 | + | Email/Text: bankruptcy@patriotfcu.org Dec 04 2020 19:12:00 | | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |
| 5359653 | + | Email/PDF: gecsedi@recoverycorp.com Dec 04 2020 19:33:19 | | PayPal, P O Box 960080, Orlando, FL 32896-0080 |
| 5366810 | | Email/Text: bnc-quantum@quantum3group.com Dec 04 2020 19:12:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5375478 | | Email/Text: bnc-quantum@quantum3group.com Dec 04 2020 19:12:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5360466 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 04 2020 19:31:27 | | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5376385 | + | Email/Text: bncmail@w-legal.com Dec 04 2020 19:12:00 | | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5359711 | + | Email/PDF: gecsedi@recoverycorp.com Dec 04 2020 19:31:11 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5359655 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 04 2020 19:12:00 | | Wayfair, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5375000 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5359646 | ## | Keystone Health Center, 755 Norland Ave, Ste 200, Chambersburg, PA 17201 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Ronald Eugene Carson office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com |
| Michael John Csonka | on behalf of Debtor 2 Robin Rene Carson office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ronald Eugene Carson,

    **Debtor 1**

Robin Rene Carson,

    **Debtor 2**

Chapter 13

Case No. 1:20−bk−02771−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 6, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: January 13, 2021 <br><br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2020 |

ntcnfhrg (03/18)