UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RONALD EUGENE CARSON
         ROBIN RENE CARSON
                Debtor(s)                    CHAPTER 13
         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                Movant                       CASE NO: 1-20-02771-HWV
         vs.
         RONALD EUGENE CARSON
         ROBIN RENE CARSON
                Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 12, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on October 23, 2020.

2. A hearing was held and an Order was entered on January 13, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                      Respectfully submitted,

                      s/   James K. Jones, Esq.
                      Id:   39031
                      Attorney for Trustee
                      Charles J. DeHart, III
                      Standing Chapter 13 Trustee
                      Ste. A, 8125 Adams Drive
                      Hummelstown, PA   17036
                      Ph.   717-566-6097
                      Fax. 717-566-8313
                      eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: RONALD EUGENE CARSON<br>ROBIN RENE CARSON<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-20-02771-HWV |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: April 28, 2021<br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: March 12, 2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: RONALD EUGENE CARSON
ROBIN RENE CARSON

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

    Movant

RONALD EUGENE CARSON
ROBIN RENE CARSON

    Respondent(s)

CHAPTER 13

CASE NO: 1-20-02771-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL J CSONKA ESQUIRE<br>166 SOUTH MAIN STREET<br>KERRSTOWN SQUARE<br>CHAMBERSBURG, PA 17201- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| RONALD EUGENE CARSON<br>108 ANTIETAM DRIVE<br>WAYNESBORO, PA 17268 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 12, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD EUGENE CARSON
ROBIN RENE CARSON

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

RONALD EUGENE CARSON
ROBIN RENE CARSON

Respondent(s)

CHAPTER 13

CASE NO: 1-20-02771-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.