UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RONALD EUGENE CARSON
         ROBIN RENE CARSON
                 Debtor(s)                    CHAPTER 13
         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                 Movant                       CASE NO: 1-20-02771-HWV
         vs.
         RONALD EUGENE CARSON
         ROBIN RENE CARSON
                 Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 6, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on April 27, 2021.

2. A hearing was held and an Order was entered on June 9, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/   James K. Jones, Esq.
    Id:   39031
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA   17036
    Ph.   717-566-6097
    Fax. 717-566-8313
    eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RONALD EUGENE CARSON
         ROBIN RENE CARSON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-20-02771-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101  

Date:   August 25, 2021

Time:   09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Jack N. Zaharopoulos, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
Email:  info@pamd13trustee.com

Dated:   August 6, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD EUGENE CARSON
ROBIN RENE CARSON

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

RONALD EUGENE CARSON
ROBIN RENE CARSON

Respondent(s)

CHAPTER 13

CASE NO: 1-20-02771-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 6, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

MICHAEL J CSONKA ESQUIRE            Served electronically
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA   17201-

United States Trustee                Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

RONALD EUGENE CARSON                 Served by 1st Class Mail
108 ANTIETAM DRIVE
WAYNESBORO, PA   17268

I certify under penalty of perjury that the foregoing is true and correct.

Date:   August 6, 2021

Respectfully,
Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: info@pamd13trustee.com

IN RE: RONALD EUGENE CARSON
ROBIN RENE CARSON

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

RONALD EUGENE CARSON
ROBIN RENE CARSON

Respondent(s)

CHAPTER 13

CASE NO: 1-20-02771-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.