IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
 )
Ronald Eugene Carson and ) Case # 1:20-bk-02771-HWV
Robin Rene Carson )
 ) Chapter 13
Debtor(s) )

## PRAECIPE TO WITHDRAW APPEARENCE

Kindly withdraw my appearance for the Debtor(s), Ronald Eugene Carson and Robin Rene Carson, in the above captioned case.

Respectfully submitted,

December 18, 2023                /s/ Michael J. Csonka
                                 MICHAEL J. CSONKA
                                 Kerrstown Square
                                 166 South Main Street
                                 Chambersburg, PA  17201
                                 (717) 977-3171