UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: **Ronald Eugene Carson**  CASE NO **1:20-bk-02771**
**Robin Rene Carson**

CHAPTER **7**

# DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

|  |  |
|---|---|
| Amount paid: | $0.00 |
| Amount to be paid: | $500.00 |
| Property transferred to attorney: | None |
| Collateral held by attorney: | None |
| Source of compensation: | Current wages |

   I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.

   I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.  Fees are $500 for the 4trh amended plan.
   Debtor's counsel will record time spent on client's case and if the fees exceed the base fee, will file a fee application for additional compensation based on counsel's current hourly rate.  Debtor hereby consents to Counsel's fee applications.
   I have not agreed to share this compensation with any person other than members of the firm.


   I have not agreed to share this compensation with any person other than members of the firm.


Date  8/2/2024                              /s/ Ronald Eugene Carson
                                            *Ronald Eugene Carson*


 /s/ Kara K. Gendron                         /s/ Robin Rene Carson
**Kara K. Gendron**       Bar No. **87577**   *Robin Rene Carson*
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Phone: (717) 232-6650 / Fax: (717) 232-0477