Certificate Number: 06531-PAM-DE-040054412

Bankruptcy Case Number: 20-02771


06531-PAM-DE-040054412

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 4, 2025</u>, at <u>3:30</u> o'clock <u>PM CDT</u>, <u>Robin R Carson</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

| | | | |
|---|---|---|---|
| Date: | September 4, 2025 | By: | /s/Connie Krosch |
| | | Name: | Connie Krosch |
| | | Title: | Certified Credit Counselor |