United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ronald Eugene Carson  
Robin Rene Carson  
    Debtors

Case No. 20-02771-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Nov 21, 2025 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Eugene Carson, Robin Rene Carson, 108 Antietam Drive, Waynesboro, PA 17268-1732 |
| 5372347 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5359640 | + | Chambersburg Imaging, 25 Penncraft Ave, Ste E, Chambersburg, PA 17201-1649 |
| 5359641 | + | Chrysler Capital, P O Box 961274, Fort Worth, TX 76161-0274 |
| 5359643 | | Credit Management Co, PO Box 2300, Pittsburgh, PA 15205 |
| 5359646 | | Keystone Health Center, 755 Norland Ave, Ste 200, Chambersburg, PA 17201 |
| 5359650 | + | Mercury, 2220 6 th Street, Brookings, SD 57006-2403 |
| 5359654 | + | Summit Physicians Svcs, 785 Fifth Ave, Ste 3, Chambersburg, PA 17201-4232 |
| 5359656 | + | Waynesboro Ambulance Squad Inc, P O Box 90, Danville, PA 17821-0090 |
| 5359657 | + | Waynesboro Hospital, 501 E Main St, Waynesboro, PA 17268-2394 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 21 2025 23:36:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Nov 21 2025 23:36:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Nov 21 2025 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2025 18:36:00 | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5419094 | + | EDI: AISACG.COM | Nov 21 2025 23:36:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5359635 | + | EDI: SYNC | Nov 21 2025 23:36:00 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5359636 | + | EDI: CITICORP | Nov 21 2025 23:36:00 | Best Buy/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 5362837 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2025 18:36:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5359638 | + | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5359637 | + | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One, P O Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| 5361201 | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5374916 | + EDI: BASSASSOC.COM | Nov 21 2025 23:36:00 | Cavalry SPV I, LLC, C/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 5359642 | + EDI: CITICORP | Nov 21 2025 23:36:00 | Citi Diamond, P O Box 6500, Sioux Falls, SD 57117-6500 |
| 5359644 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 18:47:10 | Credit One Bank, P O Box 98875, Las Vegas, NV 89193-8875 |
| 5359645 | + EDI: CITICORP | Nov 21 2025 23:36:00 | Exxon Mobil, P O Box 6404, Sioux Falls, SD 57117-6404 |
| 5376100 | Email/Text: Bankruptcy@Freedommortgage.com | Nov 21 2025 18:36:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5359647 | + EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5360465 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5359648 | + EDI: LENDNGCLUB | Nov 21 2025 23:36:00 | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 5359649 | + EDI: SYNC | Nov 21 2025 23:36:00 | Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 5360986 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5363874 | + EDI: AGFINANCE.COM | Nov 21 2025 23:36:00 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 5359651 | + EDI: AGFINANCE.COM | Nov 21 2025 23:36:00 | One Main Financial, P O Box 1010, Evansville, IN 47706-1010 |
| 5474916 | EDI: PRA.COM | Nov 21 2025 23:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5474917 | EDI: PRA.COM | Nov 21 2025 23:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5373725 | EDI: PRA.COM | Nov 21 2025 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5359652 | + Email/Text: bankruptcy@patriotfcu.org | Nov 21 2025 18:36:00 | Patriot FCU, P O Box 778, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5364412 | + Email/Text: bankruptcy@patriotfcu.org | Nov 21 2025 18:36:00 | Patriot Federal Credit Union, PO Box 778, Chambersburg, PA 17201-0778 |
| 5359653 | + EDI: SYNC | Nov 21 2025 23:36:00 | PayPal, P O Box 960080, Orlando, FL 32896-0080 |
| 5366810 | EDI: Q3G.COM | Nov 21 2025 23:36:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5375478 | EDI: Q3G.COM | Nov 21 2025 23:36:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5360466 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:12 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5376385 | + Email/Text: bncmail@w-legal.com | Nov 21 2025 18:36:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 5375443 | + Email/Text: enotifications@santanderconsumerusa.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 21 2025 18:36:00 | Santander Consumer USA Inc., dba Chrysler Capital as servicer for, CCAP Auto Lease Ltd., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5359711 | + | EDI: PRA.COM | Nov 21 2025 23:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5359655 | + | EDI: WFNNB.COM | Nov 21 2025 23:36:00 | Wayfair, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5375000 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5359639 | ##+ | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Robin Rene Carson DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Ronald Eugene Carson DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ronald Eugene Carson kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Robin Rene Carson kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Ronald Eugene Carson | Social Security number or ITIN: xxx–xx–9960 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Robin Rene Carson | Social Security number or ITIN: xxx–xx–9710 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:20-bk-02771-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald Eugene Carson

Robin Rene Carson

11/21/25

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2