## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                  :   **CHAPTER 13**
**RONALD EUGENE CARSON**    :
**ROBIN RENE CARSON,**        :   **CASE NO. 1:20-bk-02771**
       Debtors               :
                                     :
**RONALD EUGENE CARSON**    :
**ROBIN RENE CARSON,**        :
       Movants              :
                                     :
         v.                         :
                                     :
**FORD CREDIT, FORD MOTOR**    :
**CREDIT CO,**                    :
       Respondent         :
                                     :
                                     :

## MOTION TO AVOID LIEN OF RESPONDENT
## UNDER SECTION 522(f) OF THE BANKRUPTCY CODE

       COME NOW the Debtors, by and through Dorothy L. Mott, Esquire and make this
Motion respectfully stating in support thereof:

1. The Debtors filed a Chapter 13 Petition on 9/20/2020.

2. The Debtors are adult individuals residing at 108 Antietam Drive Waynesboro, PA
   17268  .

3. Respondent has a mailing address of NATIONAL BANKRUPTCY SVC CTR, ONE
   AMERICAN ROAD, DEARBORN, MI 48126, .

4. The Respondent holds a judicial lien against the Debtors in the amount of $19,872.85
   entered in Franklin County at docket number # 2007-00560.

5. The Debtors have listed all property the Debtors own on the Bankruptcy schedules.

6. The real property listed by the Debtors has been exempted as follows:

| Asset | Value | Lien | Exemption | Equity |
|-------|-------|------|-----------|--------|

| | | | |
|---|---|---|---|
| **108 Antietam Drive, Waynesboro, PA 17268** | $141,000.00 | $122,000.00 | 11 U.S.C. § 522(d)(1) | $19,000.00 |

7.  No one has challenged either the value of the property or the exemption claimed.

8.  The Respondents do not have a purchase money security interest in household goods, or a possessory interest.

9.  The judgment of the Respondent impairs the exemption of the Debtors under Section 522(d) of the Bankruptcy Code. The judgment is a judicial lien.

10.  The Debtors seek under Section 522(f) of the Bankruptcy Code to avoid the judgment of the Respondent.

WHEREFORE, the Debtors respectfully request that this Court enter an Order avoiding the aforesaid judgment under Section 522(f) of the Bankruptcy Code and granting such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
Dorothy L. Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **RONALD EUGENE CARSON** | : | |
| **ROBIN RENE CARSON,** | : | **CASE NO. 1:20-bk-02771** |
| Debtors | : | |
| | : | |
| **RONALD EUGENE CARSON** | : | |
| **ROBIN RENE CARSON,** | : | |
| Movants | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **FORD CREDIT, FORD MOTOR** | : | |
| **CREDIT CO,** | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Dorothy L. Mott, hereby certify that on <u>December 11, 2025</u>, I served a copy of the notice and Motion to Avoid Lien electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows:


JACK N. ZAHAROPOULOS ( via ECF)

FORD MOTOR CREDIT CO
NATIONAL BANKRUPTCY SVC CTR
ONE AMERICAN ROAD
DEARBORN, MI 48126


<u>/s/ Dorothy L. Mott</u>
Dorothy L. Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **RONALD EUGENE CARSON** | : | |
| **ROBIN RENE CARSON,** | : | **CASE NO. 1:20-bk-02771** |
| Debtors | : | |
| | : | |
| **RONALD EUGENE CARSON** | : | |
| **ROBIN RENE CARSON,** | : | |
| Movants | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **FORD CREDIT, FORD MOTOR** | : | |
| **CREDIT CO,** | : | |
| Respondent | : | |
| | : | |

### O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby

ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of FORD MOTOR CREDIT CO in the approximate amount of $19,872.85 entered in Franklin County at docket number # 2007-00560 be and hereby is avoided; it is further

ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Franklin County, Pennsylvania as proof that the Judgment is void and of null effect.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Chapter:13

Ronald Eugene Carson

Robin Rene Carson

Debtors

Case number:1:20-bk-02771

Matter: Motion to Avoid Lien

Ronald Eugene Carson

Robin Rene Carson

Movants

vs,
FORD CREDIT, FORD MOTOR CREDIT CO
Respondent

## NOTICE

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING:  Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice.  If you object to the relief requested, you must file your objection/response with the  Clerk,,U.S. Bankruptcy Court, The Sylvia Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date:   December 11, 2025

Dorothy L Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg PA  17101
(717)232-6650 TEL
(717)232-0477 FAX
doriemott@aol.com